THE LAW OFFICE OF GREGORY A. FERREN
Gregory A. Ferren, Bar No. 6476
411 Hobron Lane, Suite 2014
Honolulu, Hawai'i  96815
Telephone:  (808) 947-1605
Facsimile:  (888) 705-0511
E-Mail:     greg@ferrenlaw.com

Attorney for Plaintiff
Fathers & Daughters Nevada, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Fathers & Daughters Nevada, LLC, | ) | **Case No.: 1:16-cv-187 KSC** |
| --- | --- | --- |
|  | ) | (Copyright) |
| Plaintiff, | ) |  |
| vs. | ) | **NOTICE OF DISMISSAL RE** |
|  | ) | **DOES 1-4, 6-9 AND 12** |
| DOES 1 THROUGH 12, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF DISMISSAL RE DOES 5 AND 10**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Dismissal, with prejudice, as to Doe Defendants 1, 2, 3, 4, 6, 7, 8, 9, and 12. Said Defendants have not filed an answer or motion for summary judgment in this

matter.

DATED: Honolulu, Hawaii, August 18, 2016.

                    THE LAW OFFICE OF GREGORY A. FERREN

                    /s/ Gregory A. Ferren
                    Gregory A. Ferren

                    Attorney for Plaintiff
                    Fathers & Daughters Nevada, LLC